IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY SPAN,
FLORIDA D.O.C. # 046141,

        Plaintiff,

v.                                        CASE NO.  4:11cv335-SPM/WCS

EDWIN BUSS, et al.,

        Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 20, 2011.  Doc. 4.  Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 5.  Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

Although Plaintiff's objections are difficult to understand, he seems to argue that his prior cases should not be counted as strikes because he eventually paid the filing fees from wages he received through his prison job.  This argument is unavailing because the Prison Litigation Reform Act requires a plaintiff to eventually pay the filing fee even if he is allowed to proceed initially

without prepayment of the entire fee.  28 U.S.C. § 1915.

Additionally, Plaintiff appears to argue that he did not file case numbers 8:96cv1900 and 4:05cv63, which the report and recommendation counts as strikes.  A review of Court records confirms that Plaintiff falls under the three strikes provision of 28 U.S.C. § 1915(g).

First, a review of the complaint from case number 4:05cv63, which is handwritten and contains Plaintiff's signature, shows that it was filed by Plaintiff.  Next, although the Court was unable to access documents online from 8:96cv1900, the decision on appeal from the Eleventh Circuit in 5:10cv80 (No. 10-12204-G) recognizes that Plaintiff filed suits in 1996 and 1999 that were dismissed as frivolous.  The order from the district court in 5:10cv80 attributes 8:96cv1900 to Plaintiff.

The dismissals in case numbers 8:96cv1900, 4:05cv63, and 5:10cv80 disqualify Plaintiff from proceeding on appeal in forma pauperis except in a case of imminent danger of serious physical injury.  Plaintiff does not present a claim of imminent danger of serious physical injury.  Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.     Plaintiff's motion to proceed in forma pauperis (doc. 2) is denied pursuant to 28 U.S.C. § 1915(g).

CASE NO.  4:11cv335-SPM/WCS

3.      Plaintiff's complaint (doc. 1) is dismissed without prejudice for abuse of the judicial process.

4.      The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 10th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge